UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

                **Chapter 13**

**Richard C Dweck**                **Case No.: 1-24-40423-jmm**

            Debtors           <u>**AFFIDAVIT IN OPPOSITION**</u>
----------------------------------------------------------x
STATE OF NEW YORK)
COUNTY OF SUFFOLK) ss: -

      Peter Corey Esq., appearing on behalf of MICHAEL J. MACCO, being duly sworn, deposes and says:

      1. I am the Staff Attorney for the Standing Chapter 13 Trustee in the above referenced case and as such am fully and completely familiar with the facts and circumstances involved herein.

      2. I submit this Affidavit in Opposition of the Debtor's Motion to Approve Modification of a Confirmed Plan. (ECF# 64)

      3. This case was filed on January 29, 2024, and Confirmed by Order of this Court on August 29, 2025. (ECF#62).

      4. The Debtor made a Motion to Approve Modification of a Confirmed Plan (ECF# 64) dated October 30, 2025, where Debtor is asking permission for an Order authorizing the post confirmation modification of the debtor's chapter 13 plan pursuant to 11 U.S.C. Section 1329, to sell five (5) Commercial Properties owned by the Dweck Family Partnership (the "Partnership"), and 100% of the Debtor's share of the proceeds were to be turned over to the Trustee in one Lump Sum Payment, to payoff all the creditors' claims in full at 100% in this case.

      5. The Debtor included a newly proposed plan payment schedule, but has not filed or attached an Amended Chapter 13 Plan to their motion, to include new payment schedule or language including the new negotiated terms of the "Partnership".

      6. In addition, the newly proposed plan payment schedule pays out a total of $1,717,529.00. However, the plan needs to pay a total of $1,886,608.28 plus accruing interest, leaving a shortage of approximately $169,079.28 plus accruing interest.

WHEREFORE, it is respectfully requested that the debtor's Motion to Approve Modification of a Confirmed Plan. (ECF# 64), be denied.

Date: November 10, 2025

*/s/ Peter Corey*
PETER COREY, Esq.
Staff Attorney appearing on behalf of
Michael J. Macco, Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
IN RE:

**Richard C Dweck**　　　　　　　　　　　　　　　　Case No: 24-40423-jmm

　　　　　　　　　　　　　　　　　　　　　　　CERTIFICATE OF SERVICE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　BY MAIL
　　　　　　　　　　　　Debtor(s).
----------------------------------------------------------x

This is to certify that I, Janine Zarrilli, have this day served a true, accurate and correct copy of the within **Affidavit in Opposition** upon the following parties, by electronic service, or at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:, and addressed to each of the following persons at the last known address set forth after each name:

**Richard C Dweck**
**1567 East 5th Street**
**Brooklyn, NY 11230**
Pro Se Debtor(s)

and upon the following parties, by the e-mail address designated by said parties for that purpose,

Office of the United States Trustee
U.S. Federal Office Building
USTP.Region02.BR.TFRTDR@usdoj.gov

Robert Nadel
nadelaw@optonline.net
Attorney for Debtor(s)

Planet Home Lending LLC
c/o Friedman Vartolo LLP
Attn: Michael Thomas Rozea
Katherine Heidbrink
bkecf@friedmanvartolo.com
Creditor(s)


This November 10, 2025

**_/s/ Janine Zarrilli_**
Janine Zarrilli, Paralegal
Office of the Standing Chapter 13 Trustee
Michael J. Macco, Esq.
2950 Express Drive South- Suite 109
Islandia, NY 11749
(631-549-7908